ment of a Special Guardian of ANNA DIENSTAG, an Adjudicated Incompetent Person, for the Purpose of Making an Application for the Substitution of Committee of Said ANNA DIENSTAG. BENJAMIN KOENIGSBERG, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JONAS A. KOERPEL, Appellant, v. AGFA ANSCO CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, solely on the ground that the motion was not made within the time required by the rules,■ and without holding that the Statute of Frauds is a defense. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

VICTORIA PILAT, as Administratrix, etc., of JOHN PILAT, Respondent, v. HERBERT E. MITLER, INC., Appellant, Impleaded with Others.— Orders so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SIGMUND S. GASS, Appellant, v. DAVID H. LEHMAN and FRANCES GOODMAN, Defendants, Impleaded with PERCIVAL L. SPIER, Respondent.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GOUVERNEUR MORTGAGE CORPORATION, Plaintiff, v. JOHN FAIR and Others, Defendants. GEORGE W. HALL, Claimant, Appellant; MAITLAND REALTY COMPANY and Others, Claimants, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN E. SIEGEL, Appellant, v. FRANCIS M. BACON, Respondent, Impleaded with Others.— Order, so far as appealed from, reversed, with ten dollars costs and disbursements, and motion to vacate notice for examination of defendant Francis as to item 3 denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANK E. LONAS, Respondent, v. GRISWOLD A. THOMPSON, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant Griswold A. Thompson to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Arbitration Proceeding of PARAMOUNT FAMOUS LASKY CORPORATION, Appellant, against THE RANRICK CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Arbitration Proceeding of PARAMOUNT FAMOUS LASKY CORPORATION, Appellant, against THE RANRICK CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORENCE G. LUCEY, Respondent, v. CHARLES E. MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.